JS-6

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JAMES DALEY,** | Case No. CV11-9829 RGK (PLAx) |
| Plaintiff, | **ORDER** |
| vs. | |
| **SOUTHWEST CREDIT SYSTEMS, L.P.,** | |
| Defendant. | |

IT IS HEREBY ORDERED that pursuant to the Stipulation of the parties to dismiss this case with prejudice pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii), the entire case is dismissed with prejudice.

Dated this 21st day of March, 2012.

_____
The Honorable ~~Paul L. Abrams~~
R. Gary Klausner

Order to Dismiss - 1